

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00001-CV

## IN THE ESTATE OF ALLEN EUGENE DENTON, III, DECEASED

**From the County Court at Law No. 1
Brazos County, Texas
Trial Court No. 14,245-PC**

## ORDER

This appeal was referred to mediation on October 3, 2013. In that order, the Court assigned the Honorable Wanda Fowler as the mediator for this proceeding. However, we have been notified that the Honorable Wanda Fowler is unavailable as a mediator at this time. Accordingly, we assign the Honorable Leslie Yates as the mediator for this proceeding. Her address and contact number is as follows:

4533 Elm St
Bellaire, TX  77401-3717
Phone: 713-724-3710

All other provisions of the order referring the appeal to mediation, dated October 3, 2013, remain in effect, except that the mediation must occur within sixty days after the date of this Order assigning a new mediator.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Mediator assigned
Order issued and filed October 31, 2013